Place of hearing:
STANLEY PRISON           Docket Number: 07-MC-0022-C
99 Tung Tau Wan Road
Stanley, Hong Kong

Date:   December 6, 2007

## VERIFICATION OF CONSENT TO TRANSFER TO THE
## UNITED STATES FOR EXECUTION OF PENAL SENTENCE OF HONG KONG

I, De-rong Guan, a/k/a Ping-hung Kwai, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United States for the execution of the penal sentence imposed on me by a court of HONG KONG that:

1. My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in HONG KONG;

2. My sentence will be carried out according to the laws of the United States;

3. If a court of the United States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United States, I may be returned to HONG KONG for the purpose of completing my sentence if HONG KONG requests my return; and,

4. Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer. I have been advised that if I am financially unable to obtain counsel, one would be appointed for me under the laws of the United States of America free of charge. My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements. I hereby consent to my transfer to the United States for the execution of the penal sentence imposed on me by a court of HONG KONG.

_GUAN De rong_
DE-RONG GUAN a/k/a PING-HUNG KWAI

Subscribed before me this 6th day of December, 2007. Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_William E. Cassady_
WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE
VERIFYING OFFICER