IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE                                          :
PRISONER TRANSFER HEARING
PURSUANT TO 18 U.S.C. § 4108     :   MISC. 07-MC-0022-C
GUAN DERONG

## ORDER

Because the above-named defendant has testified under oath or has otherwise satisfied this Court that he (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so required it is

**ORDERED** that Mariam Connrad, Federal Public Defender, is appointed to represent the above-named defendant during his prisoner transfer hearing.

DONE AND ORDERED this 10th day of December, 2007, *nunc pro tunc* to December 6, 2007.

                                           s/WILLIAM E. CASSADY
                                           UNITED STATES MAGISTRATE JUDGE